JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BAIRD and JEANNE BAIRD,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALBANY INTERNATIONAL CORP., *et al.*,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-00860-SJO-SS<br><br>Hon. S. James Otero<br>Courtroom 1, 2nd Floor<br><br>**ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT PURSUANT TO STIPULATION**<br><br>Complaint Filed: November 19, 2014<br>Date Removed: February 6, 2015<br>Trial Date: Not Yet Set |

PURSUANT TO STIPULATION, IT IS ORDERED: Plaintiffs dismiss all of their claims against Defendants EXXONMOBIL OIL CORPORATION, CHEVRON U.S.A. INC., CONOCOPHILLIPS COMPANY, and UNION OIL COMPANY OF CALIFORNIA with prejudice, and this case is REMANDED to the Los Angeles County Superior Court, Case No. BC564421.

DATED: February 22, 2015.

_____
Honorable S. James Otero